No. 85–296.  GEISLER *v.* KANSAS.  Ct. App. Kan.  Certiorari denied.

No. 85–297.  BIEKER *v.* KANSAS.  Ct. App. Kan.  Certiorari denied.

No. 85–302.  MONTGOMERY *v.* ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 85–305.  FRYZEL, DIRECTOR, DEPARTMENT OF FINANCIAL INSTITUTIONS *v.* CASH CURRENCY EXCHANGE, INC., ET AL. C. A. 7th Cir.  Certiorari denied.

No. 85–310.  MONTGOMERY WARD & CO., INC. *v.* DABNEY. C. A. 8th Cir.  Certiorari denied.

No. 85–313.  CAVROS *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 85–315.  ITALIANO *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 85–317.  HESTNES ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 85–323.  B & G CRANE SERVICE, INC. *v.* DOLPHIN TITAN INTERNATIONAL, INC.  C. A. 5th Cir.  Certiorari denied.

No. 85–325.  BRUSCANTINI *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–327.  WARD *v.* L & C MARINE TRANSPORT, LTD. C. A. 11th Cir.  Certiorari denied.

No. 85–336.  EUBANKS *v.* O'BRIEN ET AL.  Ct. App. Colo. Certiorari denied.

No. 85–339.  JOHNSTON *v.* DOWLING ET AL.  C. A. 6th Cir. Certiorari denied.

No. 85–341.  VILLARREAL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.